# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DAVID FINLEY,**
on behalf of C.C., a minor child                                                                    **PLAINTIFF**

v.                                                3:11CV00178 BD

**MICHAEL J. ASTRUE, Commissioner,**
Social Security Administration,                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 17th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE